UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 17-300_25_-MGM |
| v. | ) | |
| | ) | Violations: |
| | ) | 31 U.S.C. §§ 5314, 5322(a) |
| MICHAEL FITZGERALD, | ) | Willful Failure to File Report of |
| Defendant. | ) | Foreign Bank and Financial Accounts |

## INFORMATION

The United States Attorney charges that at all times relevant to this Information:

**COUNT ONE:  Willful Failure to File Report of Foreign Bank and Financial Accounts (Title 31, United States Code, Sections 5314 and 5322(a))**

1. The defendant, MICHAEL FITZGERALD, a resident of the Commonwealth of Massachusetts, was the owner and operator of Fitzgerald Roofing, a residential construction company located in Longmeadow, Massachusetts. MICHAEL FITZGERALD was a lawful permanent resident of the United States.

2. Citizens and residents of the United States who have a financial interest in, or signature authority over, a financial account in a foreign country with an aggregate value of more than $10,000 at any time during a calendar year must file with the United States Department of the Treasury a Report of Foreign Bank and Financial Accounts ("FBAR"). The FBAR for any calendar year must be filed on or before June 30 of the following calendar year. The FBAR requires that the filer identify the financial institution with which the financial account is held, the type of account (either bank, securities, or other), the account number, and the maximum value of the account during the calendar year for which the FBAR is being filed.

3. Bank of Ireland in the Isle of Man was a bank organized under the laws of Ireland. Bank of Ireland did not maintain an office in the United States.

4. During the calendar year 2011, MICHAEL FITZGERALD had a financial interest in, and signature and other authority over, one or more financial accounts at the Bank of Ireland. During that time period, MICHAEL FITZGERALD periodically deposited money into and withdrew money from the accounts. During said period, the aggregate value of said accounts exceeded $10,000.

5. On or before June 30, 2012, in the District of Massachusetts and elsewhere, the defendant,

MICHAEL FITZGERALD,

did knowingly and willfully fail to file with the United States Department of the Treasury a Report of Foreign Financial and Bank Accounts disclosing that he had a financial interest in, and signature and other authority over, a bank, securities and other financial account in a foreign country, to wit: one or more bank accounts at the Bank of Ireland located in the Isle of Man, which had a value of greater than $10,000 during calendar year 2011.

All in violation of Title 31, United States Code, Sections 5314 and 5322(a).

WILLIAM D. WEINREB
Acting United States Attorney

By: _____
Deepika Bains Shukla
Assistant United States Attorney

Dated: September 29, 2017